UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

BRYAN S.J. MALLINDINE,

       Defendant.
_____/

Case No. 07-CR-20037-DT-03
HON. VICTORIA ROBERTS

## SUPPLEMENT TO SENTENCING MEMORANDUM

NOW COMES the Defendant, Bryan S.J. Mallindine, by and through his attorney, Neil H. Fink, and in support of his request for a non-custodial sentence, Defendant respectfully directs this court's attention to United States v Kuhn on remand, 351 F.Supp. 2d 696 (E.D. Mich 2005).

Defendant respectfully urges that Judge Lawson's opinion may be helpful to this court in arriving at a just sentence.

Respectfully submitted:

s/Neil H. Fink
Neil H. Fink (P13430)
Attorney for Defendant
185 Oakland Avenue, Ste. 250
Birmingham, MI 48009
(248) 258-3181
Email: dadcoach23@aol.com

Dated: March 3, 2009

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRYAN S.J. MALLINDINE,

    Defendant.

                                                             /

Case No. 07-CR-20037-DT-03
HON. VICTORIA ROBERTS

NEIL H. FINK, being first duly sworn, deposes and says that on the 3rd day of March, 2009, he served **Defendant's Supplement to Sentencing Memorandum** and this **Certificate of Service** upon:

    Mark Chutkow
    Assistant United States Attorney
    211 West Fort Street, Suite 2001
    Detroit, MI  48226-3211
    (313) 226-9100
    Mark.chutkow@usdoj.gov

    I also certify that I will provide a courtesy copy to the Chambers of the Honorable Victoria Roberts, United States District Court Judge, and:

Lisa A. Fields
United States Probation
Theodore Levin Courthouse
231 W. Lafayette, Room 901
Detroit, MI  48226
(313) 226-9168

                                              s/Neil H. Fink
                                              Neil H. Fink (P13430)
                                              Attorney for Defendant
                                              185 Oakland Avenue, Ste. 250
                                              Birmingham, MI  48009
                                              (248) 258-3181
                                              Email: dadcoach23@aol.com